**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

DUNCAN MOORE,                                    )
                                                 )
       Plaintiff/Counter Defendant,         )
                                                 )
                                                 )   Case No.: 4:09-CV-273-RH/WCS
vs.                                              )
                                                 )
TALLAHASSEE MEMORIAL HEALTHCARE,                 )
INC., a Florida non-profit corporation,          )
                                                 )
       Defendant/Counter Plaintiff.         )
_____/

## DEFENDANT'S REVISED TRIAL EXHIBITS

Plaintiff has consented to these exhibits which differ from the Defendant's exhibits listed in the Pretrial Stipulation.

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| Exhibit 1 | Compensation Details – D. Moore SERP Claim<br>Fiscal year basis, as reported on 990's |
| Exhibit 2 | Compensation Details – D. Moore SERP Claim<br>Calculation of difference between actual payments and D. Moore claim<br>7/1/2003 – 6/1/2010 |
| Exhibit 3 | SERP Calculation – TMH Claims Committee determination, Salary Only<br>5 highest years: June 22, 1998 – June 23, 2003 |
| Exhibit 4 | SERP Calculation – TMH Claims Committee determination, Salary Only<br>Calculation of difference between actual payments and TMH determination of SERP<br>7/1/2003 – 6/1/2010 |
| Exhibit 5 | SERP Calculation – Salary & Benefits<br>5 highest years: June 22, 1998 – June 23, 2003 |
| Exhibit 6 | SERP Calculation – Salary & Benefits, BEFORE offsets<br>5 highest years: June 22, 1998 – June 23, 2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 7 | SERP Calculation – Salary & Benefits, AFTER offsets<br>5 highest years: June 22, 1998 – June 23, 2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 8 | SERP Calculation – Salary, Benefits, Deferred comp., SERP<br>5 highest years: June 22, 1998 to June 23, 2003 |
| Exhibit 9 | SERP Calculation – Salary, Benefits, Deferred comp., SERP, BEFORE offsets<br>5 highest years: June 22, 1998 to June 23, 2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |

| Exhibit 10 | SERP Calculation – Salary, Benefits, Deferred comp., SERP, AFTER offsets<br>5 highest years: June 22, 1998 to June 23, 2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
|---|---|
| Exhibit 11 | SERP Calculation – Salary, Benefits, Deferred comp., excluding SERP, BEFORE offsets<br>5 highest years: June 22, 1998 to June 23, 2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 12 | SERP Calculation – Salary, Benefits, Deferred comp., excluding SERP, AFTER offsets<br>5 highest years: June 22, 1998 to June 23, 2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 13 | SERP Calculation – Form 990 amounts, salary only<br>Fiscal year basis |
| Exhibit 14 | SERP Calculation – Form 990 amounts, SERP, BEFORE offsets<br>FYE 9/30/1998 – 9/30/2002<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 15 | SERP Calculation – Form 990 amounts, SERP, AFTER offsets<br>FYE 9/30/1998 – 9/30/2002<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 16 | SERP Calculation – Form 990 amounts minus post-employment payments<br>Fiscal year basis |
| Exhibit 17 | SERP Calculation – Form 990 amounts minus post-employment payments, BEFORE offsets<br>FYE 9/30/1998 – 9/30/2002<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 18 | SERP Calculation – Form 990 amounts minus post-employment payments, AFTER offsets<br>FYE 9/30/1998 – 9/30/2002<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 19 | SERP Calculation – Form 990 amounts, includes PLT & LTS paid after 6/23/2003 minus SERP amounts<br>Fiscal year basis |
| Exhibit 20 | SERP Calculation – Form 990 amounts, includes PLT & LTS paid after 6/23/2003 minus SERP amounts, BEFORE offsets<br>FYE 9/30/1999 – 9/30/2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 21 | SERP Calculation – Form 990 amounts, includes PLT & LTS paid after 6/23/2003 minus SERP amounts, AFTER offsets<br>FYE 9/30/1999 – 9/30/2003<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
| Exhibit 22 | SERP Calculation – Form 990 amounts, allocate PLT & LTS paid after 6/23/2003 over 15 years minus post-employment payments<br>Fiscal year basis |
| Exhibit 23 | SERP Calculation – Form 990 amounts, allocate PLT & LTS paid after 6/23/2003 over 15 years minus post-employment payments, BEFORE offsets<br>FYE 9/30/1998 – 9/30/2002<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |

| Exhibit 24 | SERP Calculation – Form 990 amounts, allocate PLT & LTS paid after 6/23/2003 over 15 years minus post-employment payments, AFTER offsets<br>FYE 9/30/1998 – 9/30/2002<br>Over (Under) Payment Summary 7/1/2003 – 6/1/2010 |
|---|---|
| Exhibit 25 | 1998 Internal Revenue Service Form 990 |

Respectfully submitted this 14th day of June, 2010.

> s/ Kenneth R. Hart_____
> KENNETH R. HART
> Fla. Bar No. 0192580
> RUTH E. VAFEK
> Fla. Bar. No. 0034220
> DAVID J. WEISS
> Fla. Bar No. 0073963
> AUSLEY & McMULLEN, P.A.
> P. O. Box 391
> Tallahassee, FL  32302
> Telephone: (850) 224-9115
> Fax: (850) 222-7560
>
> Attorneys for Defendant
> Tallahassee Memorial Healthcare, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2010, a copy of the above and foregoing was filed electronically. Notice of this filing will be sent to the following persons by operation of the Court's electronic filing system.

Paul E. Parrish
QUARLES & BRADY LLP
101 E. Kennedy Blvd.
Suite 3400
Tampa, Florida  33602-5195

> s/ Kenneth R. Hart_____
> Attorney