# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

DUNCAN MOORE,                                    )
                                                 )
    Plaintiff/Counter Defendant,             )
                                                 )
                                                 )   Case No.: 4:09-CV-273-RH/WCS
vs.                                              )
                                                 )
TALLAHASSEE MEMORIAL HEALTHCARE,                 )
INC., a Florida non-profit corporation,          )
                                                 )
    Defendant/Counter Plaintiff.             )
_____/

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit Number | Bates Number | Description | Date of Document |
|---|---|---|---|
| 1 | EM 000243 - 000244 | Exhibit A to E. Moore Deposition | 7/11/01 |
| 2 | EM 000248 - 000249 | Confidential Memorandum to Duncan Moore from Ed Moore | 5/2/01 |
| 3 | EM 000247 | Exhibit B to E. Moore Deposition | 6/25/01 |
| 4 | EM 000083 | Exhibit C to E. Moore Deposition | 5/7/03 |
| 5. | EM 000085 | Exhibit D to E. Moore Deposition | 5/20/03 |
| 6 | EM 000084 | Exhibit E to E. Moore Deposition | |
| 7 | EM 000048 - 000054 | Exhibit F to E. Moore Deposition | 1/14/04 |
| 8 | TMH 000165 | Exhibit G to E. Moore Deposition | 2/24/04 |
| 9 | | Exhibit H to E. Moore Deposition | 2/24/04 |
| 10 | TMH 000024 - 000028 | Exhibit I to E. Moore Deposition | 7/21/04 |
| 11 | TMH 000022 - 000023 | Exhibit J to E. Moore Deposition | 7/21/04 |

| 12 | TMH 000131-000132 | Exhibit K to E. Moore Deposition | 7/21/04 |
|---|---|---|---|
| 13 | TMH 000139 - 000140<br>TMH 000133 - 000138 | Exhibit K to E. Moore Deposition<br><br>Exhibit A - Memorandum of Understanding<br><br>Settlement Agreement, Waiver of SERP Benefits and Release of All Claims | 7/21/04<br>8/11/04 and 8/12/04 |
| 14 | TMH 000145<br>TMH 000141 - 000144 | Exhibit K to E. Moore Deposition<br><br>Exhibit A - Memorandum of Understanding<br><br>Settlement Agreement, Waiver of SERP Benefits and Limited Release of Claims | 7/20/04<br>8/11/04 and 8/19/04 |
| 15 | TMH 000124 | Exhibit N to E. Moore Deposition<br><br>Minutes of Executive Session of the Executive Committee of the Board of Directors of Tallahassee Memorial Healthcare, Inc. Held on August 11, 2004 | 8/11/04 |
| 16 | TMH 000123 | Exhibit N to E. Moore Deposition<br><br>Minutes of Executive Session of the Board of Directors of Tallahassee Memorial Healthcare, Inc. Held on October 20, 2004 | 10/20/04 |

| 17 | TMH 000122 | Exhibit N to E. Moore Deposition<br><br>Minutes of Executive Session of the Executive Committee of the Board of Directors of Tallahassee Memorial Healthcare, Inc. Held on March 9, 2005 | 3/9/05 |
|----|------------|------------------------------------------------------------|--------|
| 18 | TMH 000121 | Exhibit N to E. Moore Deposition<br><br>Tallahassee Memorial Healthcare, Inc. Board of Directors Executive Session of the Executive Committee July13, 2005 | 7/13/05 |
| 19 | TMH 000120 | Exhibit N to E. Moore Deposition | 10/12/05 |
| 20 | EM 000140 | Exhibit O to E. Moore Deposition | |
| 21 | TMH 000146-000148 | Exhibit P to E. Moore Deposition | 8/26/04<br>8/11/04 |
| 22 | TMH 000285 | Exhibit A to Guidice Deposition | 11/28/00 |
| 23 | TMH 000141 - 000145 | Exhibit B to Guidice Deposition | 8/11/04 |
| 24 | JT 000001 | Exhibit C to Guidice Deposition | |
| 25 | TMH 000146 - 000148 | Exhibit E to Guidice Deposition | 8/26/04<br>8/11/04 |
| 26 | JT 000013 | Exhibit F to Guidice Deposition | |
| 27 | EM 000063 | Exhibit H to Guidice Deposition | 11/17/03 |
| 28 | TMH 000236 - 000238 | Exhibit I to Guidice Deposition | 10/15/03 |
| 29 | EM 000091 - 000093 | Exhibit J to Guidice Deposition | 5/10/04 |
| 30 | EM 000141 | Exhibit K to Guidice Deposition | |

| 31 | EM 000090 | Exhibit L to Guidice Deposition | 6/29/06 |
|----|-----------|---------------------------------|---------|

s/ Paul E. Parrish
PAUL E. PARRISH
paul.parrish@quarles.com
Fla. Bar No. 373117
QUARLES & BRADY LLP
101 E. Kennedy Blvd.
Suite 3400
Tampa, FL  33602-5195
Phone:  813-387-0300
Fax:  813-387-1800
Attorneys for Plaintiff/Counter Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of June, 2010, I electronically filed the

foregoing by using the CM/ECF system which will send a notice of electronic filing to Kenneth

R. Hart, Esquire, Ausley & McMullen, 227 South Calhoun Street, Tallahassee, FL  32301 and S.

Jonathan Vine, Esquire and Rachel Beige, Esq., Cole Scott 7 Kissane, P.A., 1645 Palm Beach

Lakes Blvd., 2nd Floor, West Palm Beach, FL  33401.

s/ Paul E. Parrish
Attorney

QB\10586247.1