UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUNCAN MOORE,                                         )
                                                      )
      Plaintiff/Counter Defendant,                  )
                                                      )
                                                      )   Case No.: 4:09-CV-273-RH/WCS
vs.                                                   )
                                                      )
TALLAHASSEE MEMORIAL HEALTHCARE,                      )
INC., a Florida non-profit corporation,               )
                                                      )
      Defendant/Counter Plaintiff.                   )
_____/

## MOTION FOR LEAVE TO FILE REPLY BRIEF TO ADDRESS TALLAHASSEE MEMORIAL HEALTHCARE, INC.'S RESPONSE TO DUNCAN MOORE'S MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiff Duncan Moore ("Moore"), hereby moves the Court for leave to file a reply

memorandum to "Tallahassee Memorial Healthcare, Inc.'s Response to Duncan Moore's Motion

for Attorneys' Fees and Costs and Incorporated Memorandum of Law ("Response") (Dk. #76)

and in support thereof would offer the following memorandum of law.

### MEMORANDUM OF LAW

Moore requests leave to file a reply to Tallahassee Memorial Healthcare, Inc.'s ("TMH")

Response for the purposes of addressing three specific issues raised for the first time in that

Response:  (1) ERISA pre-emption of the attorneys' fees provision in the employment contract,

(2) effect of *Hardt v. Reliance Standard Life Ins. Co.*, 130 S. Ct. 2149 (2010) on the attorneys'

fees analysis, and (3) pretrial settlement discussions.

Moore did not address any of the above three issues in its initial motion. (Dk. #71)  TMH

raised each of those issues for the first time in its Response.  As Moore has not previously

addressed those issues, Moore believes a reply brief would materially assist the Court in reaching a decision on the matters addressed.

In order to fully brief the Court on issues raised for the first time in TMH's Response, therefore, Moore would request the Court grant leave to file a short reply brief.

## LOCAL RULE 7.1(B) CERTIFICATION

The undersigned has conferred with TMH's counsel on the subject matter of this motion and counsel could not come to any agreement.

s/ Paul E. Parrish
Paul E. Parrish
paul.parrish@quarles.com
Fla. Bar No. 373117
Kelli A. Edson
kelli.edson@quarles.com
Fla. Bar No. 0179078
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Suite 3400
Tampa, FL  33602-5195
Phone:  813-387-0300
Fax:  813-387-1800
Attorneys for Plaintiff/Counter Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of July, 2010, I electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to Kenneth R. Hart, Esquire, Ausley & McMullen, 227 South Calhoun Street, Tallahassee, FL  32301 and S. Jonathan Vine, Esquire and Rachel Beige, Esq., Cole Scott 7 Kissane, P.A., 1645 Palm Beach Lakes Blvd., 2nd Floor, West Palm Beach, FL  33401.

s/ Paul E. Parrish
Attorney

QB\10908360.1

2